**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RENEE TOURVILLE,

      Plaintiff,

v.                                                                              CV No. 13-928 JB/CG

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, et al.,

      Defendants.

**ORDER ADOPTING AMENDED JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN**

**THIS MATTER** came before the Court *sua sponte*. Following a review of the parties' *Amended Joint Status Report and Provisional Discovery Plan*, (Doc. 25), the Court adopts the *Amended Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 39) filed January 29, 2018.

                                                THE HONORABLE CARMEN E. GARZA
                                                UNITED STATES MAGISTRATE JUDGE