# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RENEE TOURVILLE,

     Plaintiff,

v.                                                            CV No. 13-928 JB/CG

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, et al.,

     Defendants.

## AMENDED ORDER ADOPTING AMENDED JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court *sua sponte*. Following a review of the parties' *Amended Joint Status Report and Provisional Discovery Plan*, (Doc. 25), the Court adopts the *Amended Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 62).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE