IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE TOURVILLE,

    Plaintiff,

v.                                                                                CV No. 13-928 JB/CG

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, et al.,

    Defendants.

## ORDER VACATING AND RESETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on the December 6, 2018 status conference and Defendants' *Joint Motion to Vacate Settlement Conference and Extend Pretrial Deadlines*, (Doc. 71). At the parties' request, the settlement conference set for December 18, 2018 at 9 a.m. is **VACATED.**

Having conferred with counsel about a mutually convenient time, the settlement conference will be reset for **January 23, 2019 in Conference Rooms 1 (203) and 2 (205) of the United States Historic Courthouse, 421 Gold Ave. SW, Albuquerque, New Mexico**. A telephonic status conference will be held on **January 15, 2019, at 1:30 p.m.** to discuss the parties' positions. Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings. If the parties wish to submit updated position papers, they may do so by **January 8, 2019.**

                                                              _____
                                                              THE HONORABLE CARMEN E. GARZA
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE