IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE TOURVILLE,

    Plaintiff,

v.                                                                                  CV No. 13-928 JB/CG

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on Defendant's *Joint Motion to Vacate Settlement Conference and Extend Pretrial Deadlines*, (Doc. 71), filed December 6, 2018. The Court, noting that the Motion is unopposed and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. The termination date for discovery is **January 31, 2019**;

2. The deadline to file motions related to discovery is **February 21, 2019**; and

3. The deadline to file pretrial motions, other than discovery motions, is **March 4, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE