IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE TOURVILLE,

    Plaintiff,

v.                                                             CV No. 13-928 JB/CG

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, et al.,

    Defendants.

## ORDER VACATING STATUS CONFERENCE AND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel and United States Magistrate Judge Karen B. Molzen's *Order Setting Settlement Conference*, (Doc. 75). **IT IS THEREFORE ORDERED** that the **January 23, 2019** settlement conference, and the **January 15, 2019** pre-settlement telephonic status conference, are hereby **VACATED.**

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE